UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-00418 DDP (PJWx)                               Dated: March 19, 2015

Title:     DOUGLAS VLADIMIR FLORES, a individual -v- M&C HOTEL INTERESTS, INC., a Delaware corporation, d.b.a. MILLENNIUM BILTMORE HOTEL
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                   None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                               None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES ANSWER TO COMPLAINT FILED BY PLAINTIFF DOUGLAS VLADIMIR FLORES (DOCKET NUMBER 8) and the MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF DOUGLAS VLADIMIR FLORES (DOCKET NUMBER 9) set for March 23, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

MINUTES FORM 11                                              Initials of Deputy Clerk: JAC
CIVIL -- GEN