O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VLADIMIR FLORES, a individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M&C HOTEL INTERESTS, INC., a Delaware corporation, d.b.a. MILLENNIUM BILTMORE HOTEL,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 15-00418 DDP (PJWx)<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>[Dkt. No. 8.] |

　　　This matter comes before the Court on Plaintiff Flores' Motion to Strike Defendant's Affirmative Defenses. After reviewing the materials submitted by the parties and considering the arguments therein, the Court DENIES Plaintiff's motion.

　　　Plaintiff filed his complaint in state court on October 2, 2014. On December 22, 2014, Defendant was served with the Complaint. Defendant filed an Answer to Plaintiff's complaint in state court on January 20, 2015. On January 21, 2015, Defendant

removed the complaint to this Court based upon diversity jurisdiction. Plaintiff filed this motion on February 18, 2015.[1]

Under Federal Rule of Civil Procedure 12(f), "The Court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act: (1) on its own; or (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading."

A motion to strike some or all of an answer must be filed within 21 days after service of the answer, because there is no way to "respond" to an answer, at least absent a court order. See Fed. R. Civ. P. 7(a) (defining the types of pleadings permitted; a reply to an answer is permitted only "if the court orders one"). Plaintiff waited 29 days after Defendant filed its Answer on January 20, 2015 to file its motion. Plaintiff's motion is therefore untimely under Rule 12(f)(2).

As the Plaintiff's motion is untimely, the Court denies the motion to strike.

IT IS SO ORDERED.

Dated: April 14, 2015

DEAN D. PREGERSON
United States District Judge

---

[1] The Court notes that Plaintiff's have not filed a Reply to the Defendant's Opposition which was filed on March 20, 2015.

2